UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERB O. NWANDU, | 1:04-cv-06147-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 7) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Superb O. Nwandu ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 7, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On December 27, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1   In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1.   The Findings and Recommendations, filed December 7,
8  2006, are ADOPTED IN FULL;
9       2.   This action is DISMISSED in its entirety; and,
10      3.   Any and all pending Motions are DENIED as MOOT.
11 IT IS SO ORDERED.

**Dated:   February 7, 2007**           **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

2